UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 8, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KIMBERLY DOMINGUEZ

Defendant.

Case No. 2:19-mj-00194-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release KIMBERLY DOMINGUEZ Case No. 2:19-mj-00194-KJN Charges 18 USC § 1349, 1343 from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 25,000.00

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Pretrial Supervision conditions as stated on the record in open court.

Issued at Sacramento, California on November 8, 2019 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman